MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

for State; *Ben Posey,* for defendant.  *Per Curiam.*  No error.

AMMONS (appellant) v. SOUTHERN RAILWAY Co.  *Per Curiam.*  This is a motion to dismiss on same grounds as in *Curtis' case,* at this term, and is denied on the same grounds as stated in that case and in *Benedict v. Jones,* 131 N. C., 474.  Motion denied.

TURNER (appellant) v. WILSON.  *C. D. Turner,* for appellant; *Graham & Graham* and *S. M. Gattis,* for appellee. *Per Curiam.*  Reversed on the authority of *Turner v. McKee,* at this term.